# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) BREYER, STEPHEN G. | 2. Court or Organization U.S. SUPREME COURT | 3. Date of Report 07/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ASSOC. JUSTICE SUPREME COURT | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

SUPREME COURT OF UNITED STATES
1 FIRST STREET, N.E.
WASHINGTON, D.C. 20543

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  TRUSTEE (HONORARY) | DANA-FARBER CANCER INSTITUTE |
| 2.  JUROR | THE PRITZKER ARCHITECTURE PRIZE |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 07/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | RANDOM HOUSE, INC.; ROYALTY INCOME | $10,809.52 |
| 2. 2013 | THE AUTHORS REGISTRY, INC; ROYALTY INCOME | $148.46 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PRITZKER ORGANIZATION | JANUARY 18-20, 2013 | NEW YORK, NY | PRITZKER PRIZE JURY MEETINGS | AIRFARE, MEALS & LODGING |
| 2. | NEW COLLEGE OF THE HUMANITIES - LONDON | JANUARY 30 - FEBRUARY 5, 2013 | LONDON, UNITED KINGDOM | PARTICIPANT IN CONFERENCE | AIRFARE & MEALS |
| 3. | ACADEMIE DES SCIENCES MORALES ET POLITIQUES, UNIVERSITY OF FRANCE | APRIL 1-10, 2013 | PARIS, FRANCE | ELECTED INTO MEMBERSHIP OF ACADEMIE DES SCIENCES MORALES ET POLITIQUES | AIRFARE & MEALS (SELF & SPOUSE) |
| 4. | ASPEN INSTITUTE | JULY 1-2, 2013 | ASPEN, CO | PARTICIPANT IN CONFERENCE, ASPEN IDEAS FESTIVAL | AIRFARE (SELF & SPOUSE) |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREYER, STEPHEN G.** | 07/15/2019 |

| | | | | |
|---|---|---|---|---|
| 5. | DAVID RUBENSTEIN | AUGUST 30, 2013 | NANTUCKET, MA | WEDDING | AIR TRANSPORTATION |
| 6. | SUPREME COURT OF CANADA | SEPTEMBER 23-25, 2013 | OTTAWA, CANADA | CANADA - US LEGAL EXCHANGE | LODGING, MEALS & LOCAL TRANSPORTATION |
| 7. | YALE UNIVERSITY | SEPTEMBER 25-28, 2013 | NEW HAVEN, CT | PARTICIPANT IN YALE GLOBAL SEMINAR | AIRFARE, MEALS & LOCAL TRANSPORTATION |
| 8. | HARVARD LAW SCHOOL | OCTOBER 1, 2013 | CAMBRIDGE, MA | TO HONOR JUSTICE BREYER'S 20TH ANNIVERSARY OF APPOINTMENT | AIRFARE |
| 9. | NEW YORK UNIVERSITY | OCTOBER 2, 2013 | NEW YORK CITY, NY | PARTICIPANT IN MEMORIAL SERVICE FOR PROF. RONALD DWORKIN | AIRFARE & ONE-WAY TRAIN FARE |
| 10. | INTERNATIONAL BAR ASSOCIATION | OCTOBER 11, 2013 | BOSTON, MA | PARTICIPANT IN RULE OF LAW SYMPOSIUM | AIRFARE |
| 11. | PRITZKER ORGANIZATION | NOVEMBER 16-23, 2013 | NORWAY, SWEDEN, COPENHAGEN | VIEWING ARCHITECTURE AS ONE OF THE JURORS ON THE COMMITTEE | AIRFARE, MEALS & LODGING |
| 12. | WORLD POLICY CONFERENCE | DECEMBER 13-15, 2013 | MONACO, FRANCE | PARTICIPANT IN CONFERENCE | AIRFARE, MEALS & LODGING |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SMITH BARNEY CITIGROUP IRA ACCOUNT: | | | | | | | | | |
| 2. CITIBANK NA BANK DEPOSIT PROGRAM | A | Interest | | | Closed | 10/03/13 | M | | |
| 3. U.S. TREASURY NOTE 8/15/13 | B | Interest | | | Matured | 08/15/13 | K | A | |
| 4. IRA ACCOUNT: | | | | | | | | | |
| 5. DWS (FKA SCUDDER) CORE PLUS INCOME FUND | A | Dividend | K | T | | | | | |
| 6. DWS (FKA SCUDDER) LARGE CAPITAL VALUE FUND | D | Dividend | L | T | | | | | |
| 7. OTHER HOLDINGS: | | | | | | | | | |
| 8. DWS (FKA SCUDDER) CORE PLUS INCOME FUND - IRA | A | Dividend | K | T | | | | | |
| 9. BANK OF AMERICA - CHECKING | A | Interest | L | T | | | | | |
| 10. TIAA/CREF | G | Int./Div. | P1 | T | | | | | |
| 11. TRUST: | | | | | | | | | |
| 12. TAI SHAN FUND | C | Int./Div. | M | U | | | | | |
| 13. WINDSOR FUND | A | Dividend | L | T | | | | | |
| 14. AUTOMATIC DATA PROCESSING INC COMMON STOCK | B | Dividend | L | T | | | | | |
| 15. SIGMA ALDRICH CORP. COMMON STOCK | B | Dividend | M | T | | | | | |
| 16. CINTAS CORP. COMMON STOCK | B | Dividend | M | T | | | | | |
| 17. SYSCO CORP. COMMON STOCK | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD S&P 500 INDEX FUND | D | Dividend | N | T | | | | | |
| 19. APPLIED ANALYSIS INC - COMMON STOCK | | None | J | T | | | | | |
| 20. APPLIED ANALYSIS INC - PREFERRED STOCK | | None | J | T | | | | | |
| 21. ISHARES MSCI PAC EX-JAPAN INDEX FD | A | Dividend | | | Sold | 09/17/13 | K | A | |
| 22. ISHARES MSCI EMERGING MARKETS IDX FD | A | Dividend | K | T | | | | | |
| 23. ISHARES MSCI EAFE INDEX FD | A | Dividend | K | T | | | | | |
| 24. U.S. TREASURY BILL - 8/15/13 | B | Interest | | | Matured | 08/15/13 | K | | |
| 25. VANGUARD DIVIDEND GROWTH FUND -IV | C | Dividend | M | T | | | | | |
| 26. VANGUARD MID-CAP INDEX FUND -A | A | Dividend | L | T | | | | | |
| 27. DODGE & COX INTERNATIONAL STOCK FUND | B | Dividend | L | T | | | | | |
| 28. ROYCE LOW-PRICED STOCK SERVICE FUND | A | Dividend | L | T | | | | | |
| 29. OAKMARK INTERNATIONAL FUND - I | B | Dividend | L | T | | | | | |
| 30. FEDERATED US TREASURY CASH RSV FD-I | A | Dividend | K | T | | | | | |
| 31. INTERSENSE INC. CLASS C PREFERRED SERIES C-1 | | None | J | T | | | | | |
| 32. INTERSENSE INC. CLASS A PREFERRED SERIES A-2 | | None | J | T | | | | | |
| 33. INTERSENSE INC. CLASS B PREFERRED SERIES B-1 | | None | J | T | | | | | |
| 34. VANGUARD SMALL CAP INDEX-INV | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIDELITY MA MUNICIPAL INCOME | C | Dividend | L | T | | | | | |
| 36. U.S. TREASURY BILL - 8/21/14 | A | Interest | K | T | Buy | 09/16/13 | K | | |
| 37. OTHER ASSETS: | | | | | | | | | |
| 38. TIAA/CREF RETIREMENT ACCOUNT | A | Dividend | M | T | | | | | |
| 39. SK-N-A NATIONAL BANK SAVINGS ACCT | A | Interest | K | T | | | | | |
| 40. PEARSON ORD. STOCK | E | Dividend | P1 | T | | | | | |
| 41. RENTAL PROPERTY - NEVIS WEST INDIES | A | Rent | N | W | | | | | |
| 42. TOTAL SA SPONSORED ADR | C | Dividend | L | T | | | | | |
| 43. NOKIA CORP. ADS | A | Dividend | K | T | | | | | |
| 44. LAND IN CONCORD, MA | | None | L | W | | | | | |
| 45. LAND IN PLAINFIELD, NH | | None | N | W | | | | | |
| 46. HEINZ HJ CO - COMMON STOCK | A | Dividend | | | Sold | 06/10/13 | L | E | |
| 47. IBM - COMMON STOCK | B | Dividend | L | T | | | | | |
| 48. LOWES COMPANIES INC - COMMON STOCK | A | Dividend | L | T | | | | | |
| 49. PACCAR INC - COMMON STOCK | B | Dividend | M | T | | | | | |
| 50. QUEST DIAGNOSTICS INC. - COMMON STOCK | A | Dividend | L | T | | | | | |
| 51. UNITED TECHNOLOGIES CORP - COMMON STOCK | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CISCO SYSTEMS INC - COMMON STOCK | B | Dividend | K | T | | | | | |
| 53. AIR PRODUCTS & CHEMICAL INC - COMMON STOCK | B | Dividend | L | T | | | | | |
| 54. SSGA MONEY MARKET FUND | A | Dividend | M | T | | | | | |
| 55. SUNCOR ENERGY INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 56. BHP BILTON LTD | B | Dividend | L | T | | | | | |
| 57. CAMBRIDGE, MA 4.00% 01/01/2014 | C | Interest | L | T | | | | | |
| 58. SHARON, MA 4.00% 9/15/2013 | C | Interest | | | Matured | 09/15/13 | L | | |
| 59. EMC CORP MASS - COMMON STOCK | A | Dividend | L | T | | | | | |
| 60. JOHNSON CONTROLS INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 61. STANCROFT TRUST LIMITED | E | Dividend | M | W | | | | | |
| 62. FIRST CARIBBEAN INTERNATIONAL BANK - CHECKING | A | Interest | K | T | | | | | |
| 63. EATON VANCE MULTI-CAP GROWTH FUND -A | | None | L | T | | | | | |
| 64. EATON VANCE LARGE CAP GROWTH FUND - I | E | Dividend | N | T | | | | | |
| 65. EATON VANCE LARGE CAP VALUE FUND - I | E | Dividend | M | T | | | | | |
| 66. EATON VANCE TAX M S/C | | None | L | T | | | | | |
| 67. EATON VANCE STRUCTURED EMERGING MKTS-I | A | Dividend | K | T | | | | | |
| 68. EATON VANCE ATLANTA SM CP-I | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. ZELFI SPORTS HOLDING LTD. | | None | M | W | | | | | |
| 70. TOPGOLF INTERNATIONAL, INC. | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE REPORT WAS PREPARED BY:

CITRIN COOPERMAN & COMPANY, LLP
529 FIFTH AVENUE
NEW YORK, NEW YORK 10017


PART VII, LINES 69-70:

SHARES OF ZELFI SPORTS HOLDING LTD AND TOPGOLF INTERNATIONAL, INC. (BOTH HELD BY MY SPOUSE) WERE INADVERTENTLY OMITTED FROM THIS FINANCIAL DISCLOSURE REPORT.  TOPGOLF INTERNATIONAL, INC. IS NOT A PUBLICLY TRADED COMPANY, AND THE VALUE OF ITS SHARES IS NOT CURRENTLY  ASCERTAINABLE.  THE VALUE CODE LISTED IN COLUMN C(1) IS THE ORIGINAL PURCHASE PRICE OF THE SHARES IN 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN G. BREYER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544